UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| E.B, a minor, et al., | ) | Case No.1:23 CV 98 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| The Home Depot, Inc., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiffs have notified the Court that this action has been settled subject to probate court approval that may take 120 days to complete. Accordingly, this action is dismissed without prejudice until probate court approval is acquired. The parties shall notify the Court once probate court approval is received and the settlement is final. At that time the parties shall file a final dismissal notice requesting dismissal with prejudice. If the probate review process is unsuccessful for any reason, the parties may move to reinstate this action, if necessary, without prejudice to any party. Accordingly, the action is dismissed without prejudice.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATE: July 15, 2024